UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FERMIN SOLIS ANIEL, an individual; and ERLINDA ABIBAS ANIEL, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LITTON LOAN SERVICING, LP, a California Limited Partnership; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware Corporate Entity doing business in California; QUALITY LOAN SERVICES CORP., a California Corporate Entity; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: C 10-00951 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order Granting Defendants' motions to dismiss,

    IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendants.

    IT IS SO ORDERED.

Dated: February 11, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FERMIN SOLIS ANIEL et al,

       Plaintiff,

  v.

LITTTON LOAN SERVICES et al,

       Defendant.
                                     /

Case Number: CV10-00951 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: February 11, 2011

                                              Richard W. Wieking, Clerk

                                              By: LISA R CLARK, Deputy Clerk